IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In the Matter of the Complaint of　　　　　　　　*
Bernard Kaminski and Timothy Wilson
as Owners of a 34 foot Sea Ray Sundancer　　　 *　　Civil Action No.:
Serial Number USSERT7740K506
For Exoneration from or Limitation of Liability　 *

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## AD INTERIM STIPULATION FOR VALUE

WHEREAS, Bernard Kaminski and Timothy Wilson ("Plaintiffs"), owners of the 34 foot Sea Ray Sundancer, Serial No. USSERT7740K506 ("Vessel"), are instituting a proceeding for exoneration from or limitation of liability on account of all injuries, losses, or damages allegedly resulting from an occurrence involving the Vessel on July 26, 2015, more fully described in the Verified Complaint filed herein, in which Plaintiffs pray, among other things, that a notice be issued to all persons asserting claims for injuries, losses, or damages, admonishing them to file their respective claims and to answer the Verified Complaint, and that an injunction issue restraining the commencement and prosecution of any actions or proceedings against Plaintiffs, the Vessel, or any of Plaintiffs property arising from the occurrence described in the Verified Complaint; and

WHEREAS, Plaintiffs wish to provide an ad interim stipulation for value of their interest in the aforesaid vessel as security for all of those who may file claims herein pending the ascertainment by reference of the amount or value of Plaintiffs' interest in said vessel, if an appraisal be sought, then to stand as stipulation for value.

NOW THEREFORE, in consideration of the premises, Travelers Casualty and Surety Company of America hereby undertakes in the sum of $6,000, with interest at the rate of 6%

per annum from the date hereof, that Plaintiffs will abide by the further orders of the Court herein and will pay into the Court whenever the Court shall so order the amount or value of its interest in the Vessel, with interest at the rate of 6% per annum, or file in this proceeding a bond in the usual said amount, with surety, with interest at the rate of 6% per annum from the date hereof, in the event upon appraisal the amount or value of said interest in the said vessel and her pending freight shall be increased or diminished and that pending the payment of the amount or value of Plaintiffs interest so ordered, or the giving of a stipulation of value thereof, this stipulation shall stand as security for value thereof and as security for all claims in said proceeding.

Travelers Casualty and Surety Company of America hereby agrees to abide by all orders and decrees of the Court, interlocutory or final, or to pay the amount awarded by the final decree rendered by this Court or by an appellate court, if an appeal intervenes, up to the amount of $6,000 with interest thereon at the rate of 6% per annum from the date hereof, unless the amount or value of Plaintiffs interest in the Vessel shall be paid into Court or a stipulation for value therefore shall be given as aforesaid in the meantime, in which event this stipulation shall be void,

    DATED this 30th day of November, 2015.

TRAVELERS CASUALTY AND  
SURETY COMPANY OF AMERICA  
Surety

BY: _____  
Darlene A. Bornt, Attorney-in-Fact

4813-9609-4505, v. 1